

**CHRIS DANIEL**

**HARRIS COUNTY DISTRICT CLERK**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/12/2015 3:55:24 PM
CHRISTOPHER A. PRINE
Clerk

July 27, 2015

Certified Mail No.: 7004 1350 0003 4897 4340

JUAN IBARRA
TDCJ #02001611
P O BOX 6400
TENNESSEE COLONY, TX 75861

Re: Cause Number 1326680 & 1378310 in the 174TH Judicial District Court

Dear Sir or Madam:

The following documents are being forwarded to you because you are pro-se and in custody.

Enclosed is a certified copy of the trial record in the above numbered and styled cause, which includes:

2 Volume(s) - Clerk's Record

   Volume(s) – Supplemental Clerk's Record

   Volume(s) – Reporter's Record

The 14TH Court of Appeals will be notified when the record is received.

Sincerely,

Lisa Arriaga, Deputy
Criminal Post Trial

Enclosure

1201 Franklin   P.O. Box 4651   Houston, Texas 77210-4651